# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNILDA STEPHENS,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>NORDSTROM, INC.,<br>HAUTELOOK, INC.,<br>　　　Defendants. | CV 17-5872 DSF (KSx)<br><br>Order re Additional Briefing |

    In response to the Court's Order Denying Plaintiff's Motion to Certify Case as a Class Action, Dkt. 51, Plaintiff filed a response as to why her class allegations should not be stricken. Defendants are ordered to provide a response to Plaintiff's submission. Defendants' brief is not to exceed fifteen pages in length and is to be submitted to the Court no later than February 25, 2019.

    IT IS SO ORDERED.

Date: February 13, 2019

                                            Dale S. Fischer
                                            United States District Judge