Roland C. Colton, Esq., SBN 79896
COLTON LAW GROUP
28202 Cabot Road, Third Floor
Laguna Niguel, CA. 92677
Telephone: (949) 365-5660
Facsimile: (949) 365-5662
Email: rcc7@msn.com

Alexander Escandari, Esq. SBN 183781
L.A. TRIAL LAWYERS, INC.
8730 Wilshire Boulevard, Fifth Floor
Beverly Hills, CA. 90211
Telephone: (310) 492-2000
Facsimile: (310) 492-2001

Attorneys for Plaintiff BRUNILDA STEPHENS

SHEPPARD, MULLIN, RICHTER & HAMPTON
A Limited Liability Partnership
Dana J. Dunwoody, Esq. SBN 119696
12275 El Camino Real, Suite 200
San Diego, CA. 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

Attorneys for Defendants NORDSTROM, INC. and HAUTELOOK, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNILDA STEPHENS, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NORDSTROM, INC.; HAUTELOOK, INC.<br><br>Defendants. | Civil Case No. 2:17-cv-05872-DSF (KSx)<br><br>**JOINT NOTICE OF SETTLEMENT & STIPULATED REQUEST TO CONTINUE PRETRIAL CONFERENCE & RELATED DEADLINES AND TRIAL; AND [PROPOSED] ORDER**<br><br>Hon. Dale S. Fischer |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a settlement in the above-captioned matter. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action with prejudice will be filed.

The parties request that the Court continue the Pretrial Conference (currently scheduled for April 23, 2019) and all related deadlines pertaining thereto, and the Trial (currently set for May 21, 2019), for ninety days to permit the parties to review, approve and execute the formal settlement agreement, to effect payment, and to file the Stipulation of Dismissal.

Dated: April 2, 2019                COLTON LAW GROUP

*Roland C. Colton*
Roland C. Colton

-and-

**L.A. TRIAL LAWYERS**
Alexander H. Escandari

*Attorneys for Plaintiff Brunilda Stephens*

Dated: April 2, 2019                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Dana J. Dunwoody*
Dana J. Dunwoody

**IT IS SO ORDERED**

Dated:_____     _____
                          HONORABLE DALE S. FISCHER

-1-

JOINT NOTICE OF SETTLEMENT